UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kristina Butler v. Bayer Healthcare Pharmaceuticals Inc.*    No. 13-cv-10016-DRH

*Kristina Flavell, et al. v. Bayer Healthcare Pharmaceuticals Inc.*    No. 12-cv-10316-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on July 29, 2016, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.08.01
14:07:51 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT